FILED
3/10/20 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No.: 15-24712-GLT |
| Frank J. Cepek and ) | Chapter 13 |
| Rebecca A. Cepek, ) | |
| Debtors. ) | Related to Dkt. No. 108 |
| _____ ) | |
| Rebecca A. Cepek, ) | |
| Movant, ) | |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| Duquesne University, ) | |
| Respondent. ) | |

**ORDER OF COURT**

AND NOW, this 10th day of March 2020, it is hereby **ORDERED, ADJUDGED and DECREED** that the wage attachment [Dkt. No. 23], in the above-captioned case is **TERMINATED.**

BY THE COURT:

_____
Gregory Taddonio    jah
United States Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 15-24712-GLT
Frank J. Cepek                                                           Chapter 13
Rebecca A. Cepek
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1               Date Rcvd: Mar 10, 2020
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db/jdb         +Frank J. Cepek,   Rebecca A. Cepek,   3525 Diploma Street,   Pittsburgh, PA 15212-2269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor   Federal Home Loan Mortgage Corporation, as Trustee for
           the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Mario J. Hanyon    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
          Matthew M. Herron    on behalf of Attorney   The Debt Doctors at Quatrini Rafferty
           mmh@thedebtdoctors.com,  hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Joint Debtor Rebecca A. Cepek mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Debtor Frank J. Cepek mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Attorney   The Debt Doctors, LLC mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10