IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

    Frank J. Cepek and
    Rebecca A. Cepek,      Bankruptcy No.: 15-24712-GLT
        Debtors.

        Chapter 13

    Frank J. Cepek and
    Rebecca A. Cepek,
        Movants,

        v.

    No Respondents.

### DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay a Domestic Support Obligation.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 12, 2016 at docket number 35, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

_____      _____
Frank J. Cepek., Debtor                     Rebecca A. Cepek, Joint-Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:   /s/Matthew M. Herron_____
       Matthew M. Herron
       607 College Avenue, Suite 101
       Pittsburgh, PA 15232
       mmh@thedebtdoctors.com
       412-395-6001
       PA I.D. No. 88927