Form 614

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Frank J. Cepek** | : | Case No. 15−24712−GLT |
| **Rebecca A. Cepek** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | Hearing Date: 5/5/21 at 02:30 PM |
| | : | Response Date: 4/9/21 |

## ORDER SETTING STATUS CONFERENCE

   **AND NOW**, the Court having reviewed the docket in this case and determined that DEBTOR(S) (the "Debtor(s)") did not file one or both of the following (each a "Certification"):

  ☒ *Certification of Discharge Eligibility* [PAWB Local Form 24]; and/or,

  ☐ *Certification of Completion of Financial Management Course*;

and the Court having entered an Order on 2/23/21 [Doc. No. 118] indicating that the failure to file a Certification will prevent the Debtor(s) from receiving a discharge of debts in this bankruptcy case; **it is hereby ORDERED, ADJUDGED, and DECREED that:**

   1. A status conference shall be held on **May 5, 2021 at 02:30 PM** in Zoom location, https://www.zoomgov.com/j/ , at which time Debtor(s)' Counsel shall appear and explain why the Debtor(s) did not file the required Certification(s). A response to this Order shall be filed on or before 4/9/21.

   2. In the event that all required Certifications are filed on or before the response deadline, the Court may vacate this Order and cancel the status conference.

Dated: February 23, 2021

Case administrator to serve:
Counsel to Debtor(s)
Debtor(s)
Chapter 13 Trustee
Office of the U.S. Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 15-24712-GLT
Frank J. Cepek  Chapter 13
Rebecca A. Cepek
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: jhel  Page 1 of 2
Date Rcvd: Feb 23, 2021  Form ID: 614  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

**Recip ID    Recipient Name and Address**
db/jdb    #+ Frank J. Cepek, Rebecca A. Cepek, 3525 Diploma Street, Pittsburgh, PA 15212-2269

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com

Mario J. Hanyon
    on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

District/off: 0315-2 | User: jhel | Page 2 of 2
Date Rcvd: Feb 23, 2021 | Form ID: 614 | Total Noticed: 1

Matthew M. Herron
        on behalf of Joint Debtor Rebecca A. Cepek mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
        on behalf of Debtor Frank J. Cepek mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
        on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
        on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com


TOTAL: 10