**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>FRANK J. CEPEK<br>REBECCA A. CEPEK<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>      vs.<br>No Respondents. | Case No.:15-24712<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

February 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/30/2015 and confirmed on 3/3/16 . The case was subsequently       Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 86,443.65 |
| Less Refunds to Debtor | 679.57 | |
| TOTAL AMOUNT OF PLAN FUND | | 85,764.08 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,065.80 | |
|   Trustee Fee | 3,890.53 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,956.33 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FEDERAL HOME LOAN MORTGAGE CORP<br>    Acct: 4246 | 0.00 | 34,573.84 | 0.00 | 34,573.84 |
|   FEDERAL HOME LOAN MORTGAGE CORP<br>    Acct: 4246 | 994.50 | 994.50 | 0.00 | 994.50 |
|   PITTSBURGH WATER & SEWER AUTHOR<br>    Acct: A192 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA D/B/A WELLS FA<br>    Acct: 8852 | 14,934.20 | 14,934.20 | 1,364.17 | 16,298.37 |
| | | | | 51,866.71 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   FRANK J. CEPEK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   FRANK J. CEPEK<br>    Acct: | 679.57 | 679.57 | 0.00 | 0.00 |
|   THE DEBT DOCTORS AT QUATRINI RAFF<br>    Acct: | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|   MATTHEW M HERRON ESQ**++<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THE DEBT DOCTORS AT QUATRINI RAFF<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXX3-16 | 1,435.20 | 1,435.20 | 0.00 | 0.00 |
|   THE DEBT DOCTORS LLC<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXX2/17 | 1,130.60 | 1,130.60 | 0.00 | 0.00 |
|   INTERNAL REVENUE SERVICE*<br>    Acct: 2323 | 1,769.15 | 1,769.15 | 0.00 | 1,769.15 |
| | | | | 1,769.15 |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY*<br>    Acct: 2024 | 144.64 | 18.40 | 0.00 | 18.40 |
|   SYNCHRONY BANK++<br>    Acct: 3036 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9755 | | | | |
| | ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9986 | | | | |
| | ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0825 | | | | |
| | ALLEGHENY IMAGING OF MCCANDLESS+ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2414 | | | | |
| | ALLEGHENY RADIOLOGY ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8314 | | | | |
| | AMERICAN EXPRESS CENTURION BNK | 4,167.53 | 530.12 | 0.00 | 530.12 |
| | Acct: 1009 | | | | |
| | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2413 | | | | |
| | BANK OF AMERICA NA** | 7,612.40 | 968.31 | 0.00 | 968.31 |
| | Acct: 3122 | | | | |
| | CHILDRENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4006 | | | | |
| | CHILDRENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4008 | | | | |
| | CHILDRENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4014 | | | | |
| | CHILDRENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4013 | | | | |
| | CHILDRENS HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4056 | | | | |
| | CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5040 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: D001 | | | | |
| | DISCOVER BANK(*) | 6,018.40 | 765.55 | 0.00 | 765.55 |
| | Acct: 1269 | | | | |
| | CAPITAL ONE NA** | 2,097.98 | 266.87 | 0.00 | 266.87 |
| | Acct: 6589 | | | | |
| | LAMONT HANLEY & ASSOC INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0765 | | | | |
| | US DEPARTMENT OF EDUCATION | 169,038.51 | 21,502.00 | 0.00 | 21,502.00 |
| | Acct: 2024 | | | | |
| | QUEST DIAGNOSTICS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5653 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9566 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7063 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2414 | | | | |
| | SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3456 | | | | |
| | TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1419 | | | | |
| | TRANSWORLD SYSTEMS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2465 | | | | |
| | UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0009 | | | | |
| | INTERNAL REVENUE SERVICE* | 42.18 | 5.36 | 0.00 | 5.36 |
| | Acct: 2323 | | | | |
| | FIRST NATIONAL BANK OF PA(*) | 906.27 | 115.28 | 0.00 | 115.28 |
| | Acct: 0731 | | | | |
| | WELLS FARGO HOME MORTGAGE**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |

15-24712                                                                                               Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | MED EXPRESS BILLING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TD BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 24,171.89 |

**TOTAL PAID TO CREDITORS**                                                                                77,807.75

TOTAL CLAIMED
PRIORITY          1,769.15
SECURED          15,928.70
UNSECURED      190,027.91

Date: 02/22/2021                                            /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    FRANK J. CEPEK
    REBECCA A. CEPEK
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-24712

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 15-24712-GLT
Frank J. Cepek  Chapter 13
Rebecca A. Cepek
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 3
Date Rcvd: Feb 23, 2021      Form ID: pdf900      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Frank J. Cepek, Rebecca A. Cepek, 3525 Diploma Street, Pittsburgh, PA 15212-2269 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | First National Bank of Pennsylvania, c/o Christine Lombardo, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14189932 | | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14166966 | | Allegheny General Hospital, PO Box 644662, Pittsburgh, PA 15264-4662 |
| 14166967 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14166968 | + | Allegheny Imaging of McCandless, LLC, 651 S. Center Ave., Suite 102, Somerset, PA 15501-2811 |
| 14166969 | + | Allegheny Radiology Associates., Ltd., 651 S. Center Ave, Suite 102, Somerset, PA 15501-2811 |
| 14166970 | | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14166971 | | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14166972 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14219302 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14216546 | | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14166973 | | Children's Hospital of Pittsburgh, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14166974 | | CitiCards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14166975 | + | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15183858 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14157777 | + | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14166979 | + | Lamont, Hanley & Assoc., 1138 Elm Street, P.O. Box 179, Manchester, NH 03105-0179 |
| 14166980 | + | MedExpress Billing, POB 719, Dellslow, WV 26531-0719 |
| 14166981 | | Nelnet, PO Box 82658, Lincoln, NE 68501-2658 |
| 14193765 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14166982 | | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 15000750 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14166986 | + | TD Bank USA, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 14166985 | | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14166987 | + | Transworld Systems, 5 Penn Center West, Ste 100, Pittsburgh, PA 15276-0126 |
| 14166988 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14176113 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 14237957 | + | Wells Fargo Bank NA,, Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14157779 | + | Wells Fargo Bank, NA, 1000 Blue Gentian Road, MAC: X9998-018, Saint Paul, MN 55121-1663 |
| 14157780 | | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 45 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:36:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + Email/Text: jennifer.chacon@spservicing.com | Feb 24 2021 03:22:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14166974 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 24 2021 02:45:20 | CitiCards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14166976 | + Email/Text: mrdiscen@discover.com | Feb 24 2021 03:18:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 14161565 | Email/Text: mrdiscen@discover.com | Feb 24 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14238927 | + Email/Text: kburkley@bernsteinlaw.com | Feb 24 2021 03:21:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14166977 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 24 2021 03:19:00 | Internal Revenue Service, Centralized Insolvency Unit, PO Box 21126, Philadelphia, PA 19114-0326 |
| 14166978 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 24 2021 03:18:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14161462 | Email/PDF: rmscedi@recoverycorp.com | Feb 24 2021 03:36:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14166983 | Email/Text: amieg@stcol.com | Feb 24 2021 03:19:00 | State Collection Service Inc., P.O. Box 6250, Madison, WI 53716 |
| 14166984 | + Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 02:41:30 | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14174103 | + Email/Text: electronicbkydocs@nelnet.net | Feb 24 2021 03:21:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Pittsburgh Water & Sewer Authority |
| cr | | Wells Fargo Bank, N.A. |
| 14166989 | *+ | Wells Fargo, PO Box 1697, Winterville, NC 28590-1697 |
| 14166990 | *+ | Wells Fargo Bank, NA, 1000 Blue Gentian Road, MAC: X9998-018, Saint Paul, MN 55121-1663 |
| 14166991 | * | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |
| 14157778 | ##+ | Wells Fargo, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 3 of 3 |
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 45 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:

**Name**             **Email Address**

Brian Nicholas
on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Mario J. Hanyon
on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Matthew M. Herron
on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Joint Debtor Rebecca A. Cepek mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Debtor Frank J. Cepek mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 10