**United States Bankruptcy Court**
**Western District of Pennsylvania**

| | | | |
|---|---|---|---|
| In re | **Frank J. Cepek and Rebecca A. Cepek** | Case No. | **15-24712-GLT** |
| | Debtor(s) | Chapter | **13** |

### Notice of Change of Address for the Debtors

**Our Mailing Address was previously listed as:**

Name: **Frank J. Cepek and Rebecca A. Cepek**

Street: **3525 Diploma Street**

City, State and Zip: **Pittsburgh, PA 15212**

**Please be advised our new mailing address is:**

Name: **Frank J. Cepek and Rebecca A. Cepek**

Street: **1223 ½ Greenbrier Road**

City, State and Zip: **Fairmont, WV 26554**

 

*/s/ Frank J. Cepek*
Frank J. Cepek
Debtor

*/s/ Rebecca A. Cepek*
Rebecca A. Cepek
Joint-Debtor

Respectfully submitted,
THE DEBT DOCTORS

Dated: March 2, 2021

By: */s/ Matthew M. Herron*
Matthew M. Herron, Esquire
PA I.D. No.: 88927
607 College Street, Suite 101
Pittsburgh, PA 15232
(412) 395-6001
mmh@thedebtdoctors.com