| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Frank J. Cepek** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–2323** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Rebecca A. Cepek** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–2024** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **15–24712–GLT** | | |

# Order of Discharge                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Frank J. Cepek                                    Rebecca A. Cepek

   <u>4/22/21</u>                         **By the court:**    <u>Gregory L. Taddonio</u>
                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24712-GLT |
| Frank J. Cepek | Chapter 13 |
| Rebecca A. Cepek | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 3 |
| Date Rcvd: Apr 22, 2021 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank J. Cepek, Rebecca A. Cepek, 1223 Greenbrier Road, Fairmont, WV 26554-4801 |
| aty | + | The Debt Doctors at Quatrini Rafferty, 941 Penn Avenue, Suite 101, Pittsburgh, PA 15222-3843 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | First National Bank of Pennsylvania, c/o Christine Lombardo, 4140 East State Street, Hermitage, PA 16148-3401 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14166966 | | Allegheny General Hospital, PO Box 644662, Pittsburgh, PA 15264-4662 |
| 14166967 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14166968 | + | Allegheny Imaging of McCandless, LLC, 651 S. Center Ave., Suite 102, Somerset, PA 15501-2811 |
| 14166969 | + | Allegheny Radiology Associates., Ltd., 651 S. Center Ave, Suite 102, Somerset, PA 15501-2811 |
| 14219302 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14166973 | | Children's Hospital of Pittsburgh, PO Box 382059, Pittsburgh, PA 15250-8059 |
| 14166975 | + | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 15183858 | + | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14157777 | + | First National Bank, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14166979 | + | Lamont, Hanley & Assoc., 1138 Elm Street, P.O. Box 179, Manchester, NH 03105-0179 |
| 14166980 | + | MedExpress Billing, POB 719, Dellslow, WV 26531-0719 |
| 14166981 | | Nelnet, PO Box 82658, Lincoln, NE 68501-2658 |
| 14193765 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14166982 | | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 15000750 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14166987 | + | Transworld Systems, 5 Penn Center West, Ste 100, Pittsburgh, PA 15276-0126 |
| 14166988 | | UPMC Physician Services, P.O. Box 371980, Pittsburgh, PA 15250-7980 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Apr 23 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Apr 23 2021 03:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 23 2021 02:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: RECOVERYCORP.COM | Apr 23 2021 03:33:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL |

| | | | | |
|---|---|---|---|---|
| District/off: 0315-2 | | User: culy | | Page 2 of 3 |
| Date Rcvd: Apr 22, 2021 | | Form ID: 3180W | | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| | | | 33131-1605 |
| 14189932 | EDI: BECKLEE.COM | Apr 23 2021 03:33:00 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14166971 | EDI: AMEREXPR.COM | Apr 23 2021 03:33:00 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14166970 | EDI: AMEREXPR.COM | Apr 23 2021 03:33:00 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14166972 | EDI: BANKAMER.COM | Apr 23 2021 03:33:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 14216546 | EDI: BL-BECKET.COM | Apr 23 2021 03:33:00 | CAPITAL ONE, N.A., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 14166974 | EDI: CITICORP.COM | Apr 23 2021 03:33:00 | CitiCards, PO Box 9001037, Louisville, KY 40290-1037 |
| 14166976 | + EDI: DISCOVER.COM | Apr 23 2021 03:33:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 14161565 | EDI: DISCOVER.COM | Apr 23 2021 03:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14238927 | + Email/Text: kburkley@bernsteinlaw.com | Apr 23 2021 02:25:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14166977 | EDI: IRS.COM | Apr 23 2021 03:33:00 | Internal Revenue Service, Centralized Insolvency Unit, PO Box 21126, Philadelphia, PA 19114-0326 |
| 14166978 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 23 2021 02:24:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14161462 | EDI: RECOVERYCORP.COM | Apr 23 2021 03:33:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14166983 | Email/Text: amieg@stcol.com | Apr 23 2021 02:24:00 | State Collection Service Inc., P.O. Box 6250, Madison, WI 53716 |
| 14166984 | + EDI: RMSC.COM | Apr 23 2021 03:33:00 | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14166986 | + EDI: WTRRNBANK.COM | Apr 23 2021 03:33:00 | TD Bank USA, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 14166985 | EDI: WTRRNBANK.COM | Apr 23 2021 03:33:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 14174103 | + Email/Text: electronicbkydocs@nelnet.net | Apr 23 2021 02:25:00 | U.S. Department of Education C/O Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14157778 | + EDI: WFFC.COM | Apr 23 2021 03:33:00 | Wells Fargo, PO Box 1697, Winterville, NC 28590-1697 |
| 14176113 | EDI: WFFC.COM | Apr 23 2021 03:33:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 14237957 | + EDI: WFFC.COM | Apr 23 2021 03:33:00 | Wells Fargo Bank NA,, Attention: Bankruptcy Department, MAC# D3347-014, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |
| 14157779 | + EDI: WFFC.COM | Apr 23 2021 03:33:00 | Wells Fargo Bank, NA, 1000 Blue Gentian Road, MAC: X9998-018, Saint Paul, MN 55121-1663 |
| 14157780 | EDI: WFFC.COM | Apr 23 2021 03:33:00 | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |

TOTAL: 27

Case 15-24712-GLT    Doc 130    Filed 04/24/21    Entered 04/25/21 00:34:30    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: culy | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: 3180W | Total Noticed: 48 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal Home Loan Mortgage Corporation, as Trustee |
| cr | | Pittsburgh Water & Sewer Authority |
| cr | | Wells Fargo Bank, N.A. |
| 14166989 | *+ | Wells Fargo, PO Box 1697, Winterville, NC 28590-1697 |
| 14166990 | *+ | Wells Fargo Bank, NA, 1000 Blue Gentian Road, MAC: X9998-018, Saint Paul, MN 55121-1663 |
| 14166991 | * | Wells Fargo Home Mortgage, PO Box 11701, Newark, NJ 07101-4701 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors at Quatrini Rafferty mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Rebecca A. Cepek mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Frank J. Cepek mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10